IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER EDWARDS, JR.**                                              **PLAINTIFF**

V.                      **CASE NO. 5:25-CV-5096**

**JOHN DOES 1 to 4, Arresting Officers,
Washington County Sheriff's Office;
JANE DOES 1 and 2, 911 Dispatchers,
Washington County Sheriff's Office;
PUBLIC DEFENDER DENNY HYSLIP; and
SHERIFF JAY CANTRELL, Washington County, Arkansas**      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 8) filed in this case on June 18, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and pursuant to preservice screening under 28 U.S.C. § 1915A, the following claims are **DISMISSED**:

- all claims against Defendant Hyslip;
- all Fourth Amendment claims based on Edwards' arrest and subsequent prosecution;
- the claim for immediate release from custody;
- all claims against Jane Does 1 & 2;
- all claims against John Doe 1; and
- all claims against Defendant Cantrell.

1

Edwards' excessive force claims against John Does 2, 3, and 4 survive screening, and the case **remains referred** to the Magistrate Judge.

**IT IS SO ORDERED** on this 29th day of July, 2025.

> /s/ Timothy L. Brooks
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE