IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER EDWARDS, JR.**                                                                 **PLAINTIFF**

V.                               **CASE NO. 5:25-CV-5096**

**TAYLOR ELKINS; BRITNI BINAM;**
**LOGAN HATCHER; and DALTON LEWIS**                                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 26) filed in this case on December 3, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 29th day of December, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE